**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL BRUCE ANTHONY MCPHERSON,

Plaintiff,

v.

SECRETARY OF STATE,

Defendant.

No. 1:26-cv-03088-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DENYING IN FORMA PAUPERIS APPLICATION

Docs. 2, 9

Michael Bruce Anthony McPherson, a state prisoner proceeding pro se, seeks to proceed in forma pauperis in this action against the Secretary of State. The magistrate judge found that McPherson's complaint was frivolous, lacking an arguable basis in either law or fact, and recommended that the complaint be dismissed without leave to amend and that McPherson's application to proceed in forma pauperis be denied. Doc. 9.

On May 6, 2026, the Court served the findings and recommendations on McPherson with a notice that any objections were to be filed within 14 days. Doc. 9 at 5. McPherson filed objections on May 20, 2026. Doc. 10.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. McPherson objects that he is sovereign and must

not be in prison. Doc. 10. McPherson asserts that because the Clerk is not doing his duties, McPherson is forced to keep filing claims until he is released from incarceration. *Id.* McPherson's objections provide no basis to reject the magistrate judge's findings and recommendations.

The Court ORDERS:

1. The findings and recommendations issued on May 6, 2026 (Doc. 9) are ADOPTED in full.
2. Plaintiff's complaint is DISMISSED without leave to amend.
3. Plaintiff's application to proceed in forma pauperis (Doc. 2) is DENIED.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE